IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AT&T COMMUNICATIONS OF MARYLAND, INC.<br>    Plaintiff,<br><br>vs.<br><br>PRINCE GEORGE'S COUNTY, MARYLAND<br>County Administration Building<br>Upper Marlboro, MD 20772<br><br>WAYNE K. CURRY, County Executive<br>Prince George's County, Maryland<br>County Administration Building<br>Upper Marlboro, MD 20772<br><br>and<br><br>COUNTY COUNCIL OF PRINCE GEORGE'S COUNTY, MARYLAND<br>County Administration Building<br>Upper Marlboro, MD 20772<br>    Defendants. | Civil Action No. CCB 00-CV2311<br><br>ORDER |

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure (FRCP) Rule 6(b)(1), Defendant's Motion to Extend Time To File Answer to Complaint is GRANTED and, as agreed to by the Parties, Defendant's Answer to Complaint will be due September 1, 2000.

**ORDERED** this _14_ day of _August_ 2000.

_____
United States District Judge

cc: All Parties.