

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT&T COMMUNICATIONS OF
MARYLAND, INC.

     Plaintiff

v.

PRINCE GEORGE'S COUNTY,
MARYLAND, *et al.*

     Defendants

\*    \*    \*    \*    \*    \*

Civil Action No. CCB 00CV2311

### CONSENT MOTION AND
### STIPULATION FOR EXTENSION OF TIME

The Plaintiff AT&T Communications of Maryland, Inc. ("AT&T") hereby notifies the Court that the Defendants, Prince George's County, Wayne K. Curry in his capacity as the County Executive for Prince George's County, Maryland, and the Prince George's County Council, have agreed that AT&T shall have until October 5, 2000 to respond to the Counterclaim filed by Defendants.



654499

Respectfully submitted,

OBER, KALER, GRIMES & SHRIVER
a Professional Corporation

Matthew W. Nayden, Bar # 04751
Sharon A. Snyder, Bar # 06823
120 E. Baltimore Street
Baltimore, Maryland  21202-1643
(410) 685-1120

APPROVED:

Catherine C. Blake, Judge
United States District Court for the
District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2000, a copy of

the foregoing Plaintiff AT&T's Consent Motion and Stipulation For Extension of

Time was sent by first class mail, postage prepaid to:

Nicholas P. Miller, Esquire
William Malone, Esquire
Miller & Van Eaton, P.L.L.C.
1155 Connecticut Avenue, N.W.
Washington, D.C.  20036-4306

Sean D. Wallace, Esquire
County Attorney
Prince George's County, Maryland
14741 Governor Ogden Bowie Drive
County Administration Building
Upper Marlboro, MD 20772

Sharon A. Snyder



**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699

FILED
[ILLEGIBLE] COURT
[ILLEGIBLE] OF MARYLAND

[ILLEGIBLE] SEP 22 [ILLEGIBLE] 3: 25

[ILLEGIBLE]

[ILLEGIBLE]

**Sharon A. Snyder**
sasnyder@ober.com
410-347-7379

**Offices In**
Maryland
Washington, D.C.
Virginia

September 22, 2000

## VIA HAND-DELIVERY

Office of the Clerk
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

> Re:    AT&T Communications of Maryland, Inc. v.
> Prince George's County, Maryland, et al.
> <u>Civil Action No.: CCB 00CV2311</u>

Dear Sir/Madam:

Enclosed for filing please find an original and three copies of a Consent Motion and Stipulation for Extension of Time. Kindly date-stamp one of the copies and return it to the messenger delivering this package.

Thank you for your cooperation.

Very truly yours,

Sharon A. Snyder

SAS/lar
Enclosures
cc:    William Malone, Esquire
Sean D. Wallace, Esquire

SAS:654504.1:9/22/00: 1:54 PM