IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AT&T COMMUNICATIONS OF ) <br> MARYLAND, INC. ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PRINCE GEORGE'S COUNTY, ) <br> MARYLAND, et al., ) <br> Defendants. ) <br> ) | Civil Action No. CCB-00-CV2311 |

**STIPULATION FOR EXTENSION OF TIME**

Defendants Prince George's County, et al., ("Defendants") and Plaintiff AT&T Corp. of Maryland, Inc ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to a one-week extension of time for Defendants to file an opposition to Plaintiff's Motion to Dismiss Defendant's Counterclaim in the above-captioned matter. The due date is extended from Thursday, October 19, 2000, to Thursday, October 26, 2000.

Respectfully submitted,

_____          _____
Matthew W. Nayden (Bar No. 04751)    William Malone (Bar No.12347)
Sharon A. Snyder (Bar No. 06823)     Nicholas P. Miller (Bar No.14179)
Ober, Kaler, Grimes & Shriver        Miller & Van Eaton, P.L.L.C.
120 East Baltimore Street            1155 Connecticut Avenue N.W., Suite 1000
Baltimore, MD 21202-1643             Washington DC 20036-4306
<u>Attorneys for Plaintiffs</u>              (202) 785-0600
                                     <u>Attorneys for Defendants</u>

Dated: October 12, 2000

RECEIVED IN THE OFFICE OF
CATHERINE [illegible]
OCT [illegible]
UNITED STATES DISTRICT JUDGE

Approved:

/s/ Catherine C. Blake    10/13/00
Catherine C. Blake
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 OCT 13 ᴘ 2: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Mail copies to:

Matthew W. Nayden
Sharon A. Snyder
Ober, Kaler, Grimes and Shriver
120 East Baltimore Street
Baltimore, MD 21202-1643

Sean D. Wallace
County Attorney
Prince George's County, Maryland
14741 Governor Ogden Bowie Drive
Room 5121
County Administration Building
Upper Marlboro, MD 20772

Nicholas P. Miller
William Malone
Miller & Van Eaton, P.L.L.C.
1155 Connecticut Ave, N.W., Suite 1000
Washington, DC 20036-4306

2