IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT&T COMMUNICATIONS OF            *
MARYLAND, INC.
                                   *
        Plaintiff
                                   *
v.
                                   *    Civil Action No. CCB 00CV2311
PRINCE GEORGE'S COUNTY,
MARYLAND, et al.                   *

        Defendants                 *

   *        *        *        *        *        *

CONSENT MOTION AND
STIPULATION FOR EXTENSION OF TIME

The Plaintiff AT&T Communications of Maryland, Inc. ("AT&T") hereby notifies the Court that the Defendants, Prince George's County; Wayne K. Curry in his capacity as the County Executive for Prince George's County, Maryland; and the Prince George's County Council, have agreed that AT&T shall have until November 13, 2000 to file AT&T's Reply To Defendants' Opposition To Plaintiff's Motion To Dismiss Defendants' Counterclaim.



654499

Respectfully submitted,

OBER, KALER, GRIMES & SHRIVER
a Professional Corporation


_____
Matthew W. Nayden, Bar # 04751
Sharon A. Snyder, Bar # 06823
120 E. Baltimore Street
Baltimore, Maryland  21202-1643
(410) 685-1120

APPROVED:

_____
Catherine C. Blake, Judge
United States District Court for the
District of Maryland

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2000, a copy of the foregoing Plaintiff AT&T's Consent Motion and Stipulation For Extension of Time was sent by first class mail, postage prepaid to:

Nicholas P. Miller, Esquire
William Malone, Esquire
Miller & Van Eaton, P.L.L.C.
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036-4306

Sean D. Wallace, Esquire
County Attorney
Prince George's County, Maryland
14741 Governor Ogden Bowie Drive
County Administration Building
Upper Marlboro, MD 20772

_____
Sharon A. Snyder

3