IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



AT&T COMMUNICATIONS OF     *
MARYLAND, INC.

    Plaintiff              *

v.

                                 *    Civil Action No. CCB 00CV2311

PRINCE GEORGE'S COUNTY,
MARYLAND, et al.        *

    Defendants      *

\*      \*      \*      \*      \*      \*

### STIPULATION OF DISMISSAL FOR CERTAIN INDIVIDUAL DEFENDANTS IDENTIFIED BELOW

The Plaintiff AT&T Communications of Maryland, Inc. ("AT&T"), and the Defendants Prince George's County, Wayne K. Curry, and the Prince George's County Council (collectively, the "defendants") hereby notify the Court that they have agreed to the voluntary dismissal of the Defendants Wayne K. Curry ("Mr. Curry") and the Prince George's County Council (the "Council"). That dismissal is predicated upon the Defendants' representation that they will not argue that Mr. Curry and/or the Council is a necessary party. The Individual Defendants, by entering into the Stipulation, do not waive any claim to immunity. The Defendants also have agreed that any declaratory or injunctive relief ordered against the County will be fully binding on the County Executive and the County Council.

    The claims against the County are not affected by this dismissal.

654499

Respectfully submitted,

OBER, KALER, GRIMES & SHRIVER
a Professional Corporation

_____
Matthew W. Nayden, Bar # 04751
Sharon A. Snyder, Bar # 06823
120 E. Baltimore Street
Baltimore, Maryland 21202-1643
(410) 685-1120
Attorneys for AT&T Communications
   of Maryland, Inc.


MILLER & VAN EATON, P.L.L.C.


_____
William Malone (Bar No. 12347)
Nicholas Miller (Bar No. 14179)
1155 Connecticut Avenue, # 1000
Washington, D.C. 20036-4306


_____
Sean D. Wallace (Bar No. 03025)
County Attorney,
Prince George's County

Attorneys for Defendants

November 28, 2000


APPROVED:

_____
Catherine C. Blake, Judge
United States District Court for the
District of Maryland

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2000, a copy of the foregoing Stipulation of Dismissal of Certain Individual Defendants was sent by first class mail, postage prepaid to:

Nicholas P. Miller, Esquire
William Malone, Esquire
Miller & Van Eaton, P.L.L.C.
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036-4306

Sean D. Wallace, Esquire
County Attorney
Prince George's County, Maryland
14741 Governor Ogden Bowie Drive
County Administration Building
Upper Marlboro, MD 20772

_____
Sharon A. Snyder

4189\11\WRM00504.DOC

3



**OBER | KALER**
A Professional Corporation

**Ober, Kaler, Grimes & Shriver**
Attorneys at Law

120 East Baltimore Street
Baltimore, MD 21202-1643
410-685-1120 / Fax 410-547-0699

**Sharon A. Snyder**
sasnyder@ober.com
410-347-7379

**Offices In**
Maryland
Washington, D.C.
Virginia

November 28, 2000

**VIA HAND-DELIVERY**
Office of the Clerk
United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:  AT&T Communications of Maryland, Inc. v.
            Prince George's County, Maryland, et al.
            Civil Action No.: CCB 00CV2311

Dear Sir/Madam:

    Enclosed for filing please find four copies of the Stipulation of Dismissal for Certain Individual Defendants. Please date-stamp one of the copies and return it to the messenger delivering this package.

    Thank you for your cooperation.

                      Very truly yours,

                      Sharon A. Snyder

SAS/djr
Enclosures
cc:  Counsel of Record (w/enclosure)