IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT&T COMMUNICATIONS OF
MARYLAND, INC.

    Plaintiff

v.

    Civil Action No. CCB 00CV2311

PRINCE GEORGE'S COUNTY,
MARYLAND, et al.

    Defendants

\*   \*   \*   \*   \*   \*

### STIPULATION FOR EXTENSION OF TIME

The Plaintiff, AT&T Communications of Maryland, Inc. ("AT&T"), and the Defendant, Prince George's County, hereby notify the Court that they have agreed to extend the time for AT&T to file its response to the Defendant's Motion For Summary Judgment until February 23, 2001.

    Respectfully submitted,

    OBER, KALER, GRIMES & SHRIVER
    a Professional Corporation

    _____
    Matthew W. Nayden, Bar # 04751
    Sharon A. Snyder, Bar # 06823
    120 E. Baltimore Street
    Baltimore, Maryland 21202-1643
    (410) 685-1120
    Attorneys for AT&T Communications
       of Maryland, Inc.

APPROVED:

_____ 12/27/00
Catherine C. Blake, Judge
United States District Court for the
District of Maryland

654499

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2000, a copy of the foregoing Stipulation For Extension of Time was sent by first class mail, postage prepaid to:

Nicholas P. Miller, Esquire
William Malone, Esquire
Miller & Van Eaton, P.L.L.C.
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036-4306

Sean D. Wallace, Esquire
County Attorney
Prince George's County, Maryland
14741 Governor Ogden Bowie Drive
County Administration Building
Upper Marlboro, MD 20772

_____
Sharon A. Snyder