IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP 12 P 12: 17

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

AT&T COMMUNICATIONS                  :

         v.                              :    CIVIL NO. CCB-00-2311

                            :

PRINCE GEORGE'S COUNTY,              :
MARYLAND, ET AL.                     :
                    ...oOo...

### ORDER

For the reasons stated in the Memorandum issued July 23, 2001 in (Bell Atlantic v. Prince George's County, Maryland, et al., Civil No. CCB-98-4187), incorporated herein by reference, it is hereby **ORDERED** that:

    1. the motion by the Maryland Public Service Commission for leave to file an amicus curiae brief, and the County's motion for leave to file memoranda in response are **GRANTED**;

    2. the defendants' motion for summary judgment is **DENIED**;

    3. the plaintiff and counter-defendant AT&T's cross-motion for summary judgment is **GRANTED**;

    4. the plaintiff's motion to dismiss and its motion for judgment on the complaint are **DENIED** as moot;

    5. Prince George's County Ordinance CB-98-1998 is declared pre-empted under state law, and the County is permanently enjoined from enforcing it;

    6. the plaintiff's request for damages, attorneys' fees, and costs is **DENIED**; and



7.  the Clerk shall **CLOSE** this case.

Sept 12, 2001
_____
Date

_____
Catherine C. Blake
United States District Judge